# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:05CR-400-W |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| JUAN LUIS LLAMAS | |
| Defendant. | |

Upon reading the petition of the Federal Defender for the Western District of North Carolina, and good cause appearing therefore, IT IS HEREBY ORDERED that the U.S. Marshal Service produce the bodies of the following before the United States District Judge at Charlotte, North Carolina on or about October 29, 2008, at the hour of 9:00 a.m. for the purpose of providing testimony in the above-captioned matter, throughout the duration of the hearing and from time to time and day to day thereafter until excused by the Court:

Diane Beverly Siguenza, detained at the Mecklenburg County Jail;

Joshua Grimes, Prisoner Identification # 348009, detained at the Mecklenburg County Jail;

Giuseppe Pileggi, detained at the Gaston County Jail;

Michael Forchemer, Prisoner Identification #340978, detained at the Mecklenburg County Jail; and

Michael Mangarella, Prisoner Identification # 357817, detained at the Mecklenburg County Jail.

IT IS SO ORDERED.

Signed: October 28, 2008

Frank D. Whitney
United States District Judge